```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/12
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEASTIE BOYS, A NEW YORK PARTNERSHIP,
MICHAEL DIAMOND, ADAM HOROVITZ AND
DECHEN YAUCH AS EXECUTOR OF THE ESTATE
OF ADAM YAUCH, DECEASED, EACH
INDIVIDUALLY AND COLLECTIVELY D/B/A
BROOKLYN DUST MUSIC,

                   Plaintiffs,

    -against-

MONSTER ENERGY CORPORATION,

                  Defendant.
-----------------------------------------------------------------X

Case No. 12 CV 6065(PAE)

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the undersigned counsel for Plaintiffs Beastie Boys, a New York Partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as Executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music, and Defendant Monster Beverage Corporation ("Defendant"), improperly sued in the present action under the name Monster Energy Corporation, that the time for Defendant to interpose an answer, move, or otherwise plead in the within action be extended for 30 days from September 5, 2012 until and including October 5, 2012 with respect to the above matter. This constitutes the first such extension requested by Defendant. Defendant waives any defense based upon improper service of process.

357770.2

Dated: September 5, 2012
New York, New York

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP | KANE KESSLER, P.C. |
| By: /s/ Theodore C. Max | By: /s/ S. Reid Kahn |
| Theodore C. Max, Esq. (TM-1742) | Adam M. Cohen, Esq. (AMC-9918) |
| Kenneth B. Anderson, Esq. (KA-9923) | S. Reid Kahn, Esq. (SRK-1458) |
| 30 Rockefeller Plaza | 1350 Avenue of the Americas |
| New York, NY 10112 | New York, NY 10019 |
| (212)-653-8700 | (212) 541-6222 |
| (212) 653-8701 (fax) | (212) 245-3009 (fax) |
| tmax@sheppardmullin.com | acohen@kanekessler.com |
| kanderson@sheppardmullin.com | rkahn@kanekessler.com |

*Attorneys for Plaintiffs Beastie Boys, a New York Partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as Executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music*

*Attorneys for Defendant Monster Beverage Corporation*

**SO ORDERED**

\_\_\_\_\_Paul A. Engelmayer\_\_\_\_\_   Date: 9/6/12
U.S.D.J.

357770.2