```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
BEASTIE BOYS, et al.,                         :
                                              :     12 Civ. 6065 (PAE)
                            Plaintiffs,       :
                                              :     ORDER
            -v-                               :
                                              :
MONSTER ENERGY COMPANY,                       :
                                              :
                            Defendant.        :
                                              :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2013

PAUL A. ENGELMAYER, District Judge:

The Court today has issued a decision granting summary judgment to third-party defendant Zach Sciacca as against the claims brought against Sciacca by defendant Monster Energy Company (Monster). The Court's ruling leaves, as the claims to be tried, those by plaintiffs the Beastie Boys et al. (Beastie Boys) against Monster.

The Court strongly encourages counsel for the Beastie Boys and Monster to meet to discuss the potential for resolving this case short of trial. In that vein, the Court directs that counsel for each side furnish a copy of today's decision, and of this order, to the chief legal officer (by whatever title the person ultimately responsible for legal affairs is known) of each party.

The next conference in this case will be held on November 25, 2013 at 3:30 p.m. In the event that the parties have not resolved this case by that date, the Court at that conference expects to set a prompt trial date, as well as dates for the submission of a joint pretrial order and other pretrial submissions.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: November 4, 2013
       New York, New York

2