UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BEASTIE BOYS, et al.,

                          Plaintiffs,

          -v-

MONSTER ENERGY COMPANY,

                         Defendant.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25 13

12 Civ. 6065 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court held a conference with the parties today and set this case down for trial

beginning April 21, 2014. The next conference will be held on January 10, 2014, at 4:30 p.m.

At that conference, the Court expects to set a prompt deadline for the submission of pretrial

materials, including a joint pretrial order, requests to charge, proposed voir dire, and fully briefed

motions in limine.

The Court hereby orders the parties to hold an in-person settlement conference by

December 20, 2013. Each side shall send to that conference at least one person with authority to

settle the case and one lawyer. The Court is informed that the parties' primary representatives

reside in California; accordingly, that is where the conference shall be held, unless the parties

agree otherwise.

        SO ORDERED.

_Paul A. Engelmayer_

                        _____
                        Paul A. Engelmayer
                        United States District Judge

Dated: November 25, 2013
       New York, New York