KANE KESSLER, P.C.

S. Reid Kahn
Dana M. Susman
Tanya C. Pohl
1350 Avenue of the Americas
New York, New York 10019
Telephone: (212) 541-6222

*Attorneys for
Defendant/Third-Party Plaintiff
Monster Energy Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEASTIE BOYS, A NEW YORK PARTNERSHIP, :
MICHAEL DIAMOND, ADAM HOROVITZ AND :   Case No. 12 CV 6065(PAE)
DECHEN YAUCH AS EXECUTOR OF THE ESTATE :   ECF Case
OF ADAM YAUCH, DECEASED, EACH :
INDIVIDUALLY AND COLLECTIVELY D/B/A :
BROOKLYN DUST MUSIC, :
:
                Plaintiffs, :
:
     -against- :   **DECLARATION OF**
:   **DANA M. SUSMAN IN**
MONSTER BEVERAGE CORPORATION, :   **SUPPORT OF DEFENDANTS'**
MONSTER ENERGY COMPANY, :   **MOTION TO PRECLUDE**
:   **THE TESTIMONY**
                Defendants. :   **OF PLAINTIFF'S EXPERT**
:   **LISA THOMAS**
------------------------------------------------------------------X
:
MONSTER ENERGY COMPANY, :
:
           Third-Party Plaintiff, :
:
     -against- :
:
ZACH SCIACCA a/k/a Z-TRIP, :
:
           Third-Party Defendant. :
------------------------------------------------------------------X

#378488.1

I, **DANA M. SUSMAN**, declare as follows:

1. I am a member of the law firm of Kane Kessler, P.C., one of the attorneys representing Defendants Monster Beverage Corporation and Monster Energy Company ("Monster") in this matter. I submit this Declaration in Support of Monster's Motion to Preclude the Testimony of Plaintiff's Expert Lisa Thomas.

2. Attached here to as <u>Exhibit A</u> is a true and correct copy of relevant portions of the deposition transcript of Nelson Phillips, taken on May 7, 2013.

3. Attached here to as <u>Exhibit B</u> is a true and correct copy of the Lisa Thomas report, dated August 6, 2013.

4. Attached here to as <u>Exhibit C</u> is a true and correct copy of the transcript of deposition of Lisa Thomas, taken on August 22, 2013.

5. Attached here to as <u>Exhibit D</u> is a true and correct copy of a license agreement for the use of certain Beastie Boys' songs in connection with an ESPN Winter X-Games program, dated January 5, 2011.

6. Attached here to as <u>Exhibit E</u> is a true and correct copy of a license agreement for the use of certain Beastie Boys' songs to Nike, dated January 6, 2012.

7. Attached here to as <u>Exhibit F</u> is a true and correct copy of a license agreement for the use of certain Beastie Boys' songs to Nixon, dated February 13, 2012.

8. Attached here to as <u>Exhibit G</u> is a true and correct copy of a license agreement for the use of certain Beastie Boys songs in "The Hangover Part II" motion picture trailer, dated April 8, 2011.

9. Attached here to as <u>Exhibit H</u> is a true and correct copy of a license agreement for the use of certain Beastie Boys' songs in "The Hancock" motion picture trailer, dated June 13, 2008.

10. Attached here to as <u>Exhibit I</u> is a true and correct copy of a license agreement for the use of certain Beastie Boys' songs in "21 Jump Street" motion picture trailer, dated September 20, 2011.

11. Attached here to as <u>Exhibit J</u> is a true and correct copy of the expert report of Erich Joachimsthaler, dated August 13, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2014

**Dana M. Susman**

3

#378488.1