UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BEASTIE BOYS, A NEW YORK PARTNERSHIP,
MICHAEL DIAMOND, ADAM HOROVITZ AND          Case No. 12 CV 6065(PAE)
DECHEN YAUCH AS EXECUTOR OF THE ESTATE
OF ADAM YAUCH, DECEASED, EACH
INDIVIDUALLY AND COLLECTIVELY D/B/A
BROOKLYN DUST MUSIC,

                 Plaintiffs,

     -against-

MONSTER BEVERAGE CORPORATION,
MONSTER ENERGY COMPANY,

                 Defendants.
------------------------------------------------------------------X
MONSTER ENERGY COMPANY,

                 Third-Party Plaintiff,

     -against-

ZACH SCIACCA a/k/a Z-TRIP,

                 Third-Party Defendant.
------------------------------------------------------------------X

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO PRECLUDE THE TESTIMONY
<u>OF PLAINTIFF'S EXPERT LISA THOMAS</u>**

**KANE KESSLER, P.C.**
1350 Avenue of the Americas
New York, NY 10019
(212) 541-6222
*Attorneys for Defendants and
Third-Party Plaintiff Monster Beverage
Corporation, Monster Energy Company*

# DOCUMENT

# FILED UNDER SEAL