UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BEASTIE BOYS, A NEW YORK :
PARTNERSHIP, MICHAEL DIAMOND, :
ADAM HOROVITZ AND DECHEN YAUCH : 12 Civ. 6065 (PAE)
AS EXECUTOR OF THE ESTATE OF ADAM :
YAUCH, DECEASED, EACH :
INDIVIDUALLY AND COLLECTIVELY :
D/B/A/ BROOKLYN DUST MUSIC, :
:
        Plaintiffs, :
-v- :
:
MONSTER ENERGY CORPORATION, :
:
        Defendant. :
:
------------------------------------------------------------X

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE ERIC JOACHIMSTHALER'S EXPERT REPORT AND TESTIMONY

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Plaintiffs*

## TABLE OF CONTENTS

Page

I. THE COURT MUST EXERCISE ITS ROLE AS GATEKEEPER TO PRECLUDE INADMISSIBLE TESTIMONY AND REPORTS UNDER *DAUBERT* AND FEDERAL RULES OF EVIDENCE 702, 703 AND 403 ........... 2

    A. Joachimsthaler's Expert Report And Testimony Should Be Excluded Because It Is Speculative, Contains No Methodology, And Is Not Linked To The Facts ....................... 3

        1. Joachimsthaler's Opinions, Based Upon A Nonrandom Sample of Monster Consumers, Should Be Excluded ....................... 4

        2. Joachimsthaler's Opinion Testimony, Without Any Basis To Measure Consumer Association, Is Not Reliable ....................... 6

        3. Joachimsthaler's Analysis Is Not Only Irrelevant But Also Belied By The Facts ....................... 9

    B. Joachimsthaler's Expert Report And Testimony Should Be Excluded Pursuant To FRE 401 and 403 ....................... 12

# TABLE OF AUTHORITIES

Page(s)

Cases

*405 Condo Assocs. LLC v. Greenwich Ins. Co.*
2012 WL 6700225 (S.D.N.Y. Dec. 26, 2012) .................................................................. 8

*Bruce Lee Enterprises, LLC v. A.V.E.L.A., Inc.*
2013 WL 822173 (S.D.N.Y. March 6, 2013) ................................................................ 10

*Burck v. Mars, Inc.*
571 F. Supp. 2d 446 (S.D.N.Y. 2008) .......................................................................... 10

*Cook v. Rockwell Int'l Corp.*
580 F. Supp. 2d 1071 (D. Colo. 2006) ........................................................................... 9

*Daubert v Merrell Dow Pharms., Inc.*
43 F.3d 1311 (9th Cir. 1995) .......................................................................................... 9

*Daubert v. Merrill Dow Pharms., Inc.*
509 U.S. 579 (1993) ............................................................................... 1, 2, 3, 9, 12, 13

*Emig v. Electrolux Home Prods., Inc.*
No. 06 Civ. 4791, 2008 U.S. Dist. LEXIS 68811 (S.D.N.Y. Sept. 11, 2008) ................ 3

*Figueroa v. Boston Sci. Corp.*
254 F. Supp. 2d 361 (S.D.N.Y. 2003) ............................................................................ 3

*Gen. Elec. Co. v. Joiner*
522 U.S. 136 (1997) .................................................................................................. 8, 13

*In re Imperial Credit Industries, Inc.*
252 F. Supp. 2d 1005 (C.D. Cal. 2003) .......................................................................... 9

*Kumho Tire Co. v. Carmichael*
526 U.S. 137 (1999) ........................................................................................................ 3

*Lippe v. Bairnco Corp.*
288 B.R. 678 (S.D.N.Y. 2003) ........................................................................................ 8

*Lucky Brand Dungarees, Inc. et al. v. Ally Apparel Resources, LLC*
2009 U.S. Dist. LEXIS 35707 (S.D.N.Y. April 6, 2009) ..................................... 3, 5, 13

*Nimely v. City of N.Y.*
414 F.3d 381 (2d Cir. 2005) ....................................................................................... 2, 8

*Pasternak v. Dow Kim*
   No. 10 CV 5045(DC), 2013 WL 4414740
   (S.D.N.Y. Aug. 14, 2013) ............................................................................................ 8

*United States v. Duncan*
   42 F.3d 97 (2d Cir. 1994) ............................................................................................ 7

*Zaccaro v. Shah*
   746 F. Supp. 2d 508 (S.D.N.Y. 2010) ......................................................................... 3

*Zenith Electronic Corp. v. WH-TV Broadcasting Corp.*
   395 F.3d 416 (7th Cir. 2005) ....................................................................................... 9

## Other Authorities

Federal Rules of Evidence

   Rule 401 ................................................................................................................ 12, 13

   Rule 403 ................................................................................................................ 12, 13

   Rule 702 ................................................................................................. 1, 2, 3, 8, 9, 12

   Rule 703 ......................................................................................................................... 2

**DOCUMENT FILED UNDER SEAL**