UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
BEASTIE BOYS, A NEW YORK :
PARTNERSHIP, MICHAEL DIAMOND, :
ADAM HOROVITZ AND DECHEN YAUCH : 12 Civ. 6065 (PAE)
AS EXECUTOR OF THE ESTATE OF ADAM :
YAUCH, DECEASED, EACH :
INDIVIDUALLY AND COLLECTIVELY :
D/B/A/ BROOKLYN DUST MUSIC, :
:
         Plaintiffs, :
-v- :
:
MONSTER ENERGY CORPORATION, :
:
         Defendant. :
:
-----------------------------------------------------------------X

# MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE THE TESTIMONY OF PLAINTIFFS' EXPERT LISA THOMAS

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Plaintiffs*

# TABLE OF CONTENTS

Page

TABLE OF CONTENTS ..................................................................................................... i

TABLE OF AUTHORITIES ............................................................................................... ii

ARGUMENT ....................................................................................................................... 2

I. THE TESTIMONY AND REPORT OF LISA THOMAS IS ADMISSIBLE UNDER *DAUBERT* AND THE FEDERAL RULES OF EVIDENCE 702 and 703 ................................................................................................................ 2

    A. Monster Misstates The Facts Because Thomas Employed The Correct Legal Standard and Followed Her Methodology ............................ 3

    B. Thomas Reviewed and Considered All License Information and Based Her Report and Testimony Upon The Licenses She Thought Were Applicable ................................................................................................ 8

    C. Thomas' Testimony As To The Implied License Fee Should Be Considered By The Trier of Fact Because She Set Forth and Applied Her Methodology Properly .................................................................................. 9

CONCLUSION .................................................................................................................. 15

**DOCUMENT**

**FILED UNDER SEAL**