**Copyright Infringement – Actual Damages**

I have instructed you that Monster has admitted that the Ruckus in the Rockies Video infringes the ten copyrights at issue in this case. Therefore you must determine the amount of damages that Defendant should pay Plaintiffs for such infringement.

1. With respect to each of the following copyrights, how much actual damage do you find that Plaintiffs suffered as a result of Defendant's copyright infringement?

| Copyright | Damages |
|---|---|
| Musical Composition — "Looking Down the Barrel of a Gun" | _____ |
| Musical Composition — "Pass the Mic" | _____ |
| Musical Composition — "So What'cha Want" | _____ |
| Musical Composition — "Sabotage" | _____ |
| Musical Composition — "Make Some Noise" | _____ |
| Sound Recording — "Looking Down the Barrel of a Gun" | _____ |
| Sound Recording — "Pass the Mic" | _____ |
| Sound Recording — "So What'cha Want" | _____ |
| Sound Recording — "Sabotage" | _____ |
| Sound Recording — "Make Some Noise" | _____ |

Proceed to question 2.

**<u>Copyright Infringement – Statutory Damages</u>**

Plaintiffs may instead choose to recover statutory damages. To determine the amount of statutory damages, please answer the following question and then follow the instructions that follow each question.

2. Do you find that Beastie Boys and Brooklyn Dust Music are so closely affiliated as to be considered one company for statutory damages purposes?

    Yes:_____    No:_____

    If you answered "Yes" to question 2, proceed to question 3 below.

    If you answered "No" to question 2, skip question 3 and proceed to question 4 on the following page.

3. Do you find that Monster's infringement was (a) willful, (b) innocent or (c) neither willful nor innocent? (Mark only one)

    Willful:_____    Innocent: _____    Neither: _____

    Depending upon your answer to question 3, write the amount of statutory damages that you award for each of the following works by filling out the column (and only that column) that corresponds to your answer to question 3:

| Works | Willful (No Less Than $750 and No More Than $150,000 For Each) | Innocent (No Less Than $200 and No More Than $30,000 For Each) | Neither (No Less Than $750 and No More Than $30,000 For Each) |
|---|---|---|---|
| "Looking Down the Barrel of a Gun" | | | |
| "Pass the Mic" | | | |
| "So What'cha Want" | | | |
| "Sabotage" | | | |
| "Make Some Noise" | | | |

If you answered this question, skip question 4 and proceed to question 5.

4. Do you find that Monster's infringement was (a) willful, (b) innocent or (c) neither willful nor innocent? (Mark only one)

Willful:_____    Innocent: _____   Neither: _____

Depending upon your answer to question 4, write the amount of statutory damages that you award for each of the following works by filling out the column (and only that column) that corresponds to your answer to question 4:

| Works | Willful (No Less Than $750 and No More Than $150,000 For Each) | Innocent (No Less Than $200 and No More Than $30,000 For Each) | Neither (No Less Than $750 and No More Than $30,000 For Each) |
|---|---|---|---|
| Musical Composition "Looking Down the Barrel of a Gun" | | | |
| Musical Composition "Pass the Mic" | | | |
| Musical Composition "So What'cha Want" | | | |
| Musical Composition "Sabotage" | | | |
| Musical Composition "Make Some Noise" | | | |
| Sound Recording "Looking Down the Barrel of a Gun" | | | |
| Sound Recording "Pass the Mic" | | | |
| Sound Recording "So What'cha Want" | | | |
| Sound Recording "Sabotage" | | | |
| Sound Recording "Make Some Noise" | | | |

Proceed to question 5.

## **Lanham Act Unfair Competition**

5. Do you find that Monster has engaged in unfair competition under the Lanham Act?

    Yes:_____ No:_____

If your answer to question 5 is "No," skip the remaining questions and report your verdict as I instructed.

If your answer to question 5 is "Yes," proceed to question 6.

6. Do you find that Plaintiffs are entitled to an award of Plaintiffs' damages under the Lanham Act?

    Yes:_____ No:_____

If your answer to question 6 is "No," skip question 7 and proceed to question 8.

If your answer to question 6 is "Yes," proceed to question 7.

7. How much damage do you find that Plaintiffs suffered as a result of Defendant's unfair competition under the Lanham Act?

    _____

Proceed to question 8.

8. Do you find that Plaintiffs are entitled to an award of Monster's profits under the Lanham Act?

    Yes:_____ No:_____

If your answer to question 8 is "No," skip question 9 and report your verdict as I instructed.

If your answer to question 8 is "Yes," proceed to question 9.

9. How much of Monster's profits do you award to Plaintiffs for Monster's unfair competition under the Lanham Act?

    _____

Report your verdict as I instructed.