UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BEASTIE BOYS, a New York partnership; MICHAEL
DIAMOND; ADAM HOROVITZ; and DECHEN
YAUCH, as Executor of the Estate of Adam Yauch,
Deceased, each individually and collectively d/b/a
BROOKLYN DUST MUSIC,

                                   Plaintiffs,

               -v-

MONSTER ENERGY COMPANY,

                                   Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2014

12 Civ. 6065 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      On June 5, 2014, the jury rendered its verdict in this case, and the Court set dates for post-trial motions. Specifically, the Court sets the following schedule:

      1. Plaintiffs shall submit any application for injunctive relief, and a letter concerning the apportionment of copyright damages, by June 27, 2014.

      2. Defendant shall respond to these submissions and submit any motion for a judgment as a matter of law by July 22, 2014.

      3. Plaintiffs' reply brief with respect to injunctive relief and the application of copyright damages, and plaintiffs' opposition to defendant's motion for a judgment as a matter of law, is due August 19, 2014.

      4. Defendant's reply in support of its motion for judgment as a matter of law is due September 2, 2014.

1

The Court understands that plaintiffs intend to move for attorneys' fees. The Court will set a briefing schedule as to attorneys' fees after it has resolved defendant's motion for a judgment as a matter of law.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: June 9, 2014
New York, New York