UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BEASTIE BOYS, A NEW YORK PARTNERSHIP,
MICHAEL DIAMOND, ADAM HOROVITZ AND
DECHEN YAUCH AS EXECUTOR OF THE ESTATE
OF ADAM YAUCH, DECEASED, EACH
INDIVIDUALLY AND COLLECTIVELY D/B/A
BROOKLYN DUST MUSIC,

                        Plaintiffs,

    -against-

MONSTER ENERGY COMPANY,

                        Defendants.

-----------------------------------------------------------------X

Case No. 12 CV 6065(PAE)

**NOTICE OF MOTION**

ORAL ARGUMENT
REQUESTED

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of S. Reid Kahn, dated July 22, 2014 and the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all the other papers and pleadings heretofore filed, Defendant Monster Energy Company shall move this Court for an Order granting Defendant judgment as a matter of law pursuant to Rule 50(b) of the Federal Rule of Civil Procedure ("FRCP") or, in the alternative, for a new trial and/or remittitur of damages pursuant to FRCP 59, and for such other and further relief as this Court deems just, proper and equitable.

Dated: New York, N.Y.
         July 22, 2014

#385296.1

KANE KESSLER, P.C.

By: /s/ S. Reid Kahn
S. Reid Kahn, Esq.
Dana M. Susman, Esq.
Tanya C. Pohl, Esq.
1350 Avenue of the Americas
New York, NY 10019
(212) 541-6222
(212) 245-3009 (fax)
rkahn@kanekessler.com
dsusman@kanekessler.com
tpohl@kanekessler.com

*Attorneys for Defendants
Monster Energy Company*

TO:  Kevin Puvalowski, Esq.
Paul W. Garrity, Esq.
Kenneth B. Anderson, Esq.
Thomas Monahan, Esq.
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, NY 10112
(212)-653-8700
(212) 653-8701 (fax)
kPuvalowski@sheppardmullin.com
kanderson@sheppardmullin.com

*Attorneys for Plaintiffs Beastie Boys, a New York Partnership, Michael Diamond, Adam Horovitz and Dechen Yauch as Executor of the Estate of Adam Yauch, deceased, each individually and collectively d/b/a Brooklyn Dust Music*

2

#385296.1