UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BEASTIE BOYS, et al.,

                            Plaintiffs,

           -v-

MONSTER ENERGY COMPANY,

                            Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2014

12 Civ. 6065 (PAE)

OPINION & ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has today issued an Opinion and Order resolving defendant's post-trial motions. The Court's intention is promptly to resolve all outstanding issues and then to close this case. By the Court's tally, the outstanding issues are:

1. What should the terms and text be of a permanent injunction on plaintiffs' Lanham Act claim?

2. What is the correct allocation of copyright damages? The Court understands that the plaintiffs in this action are not 100% owners of each of the copyrights at issue; there also may be a need to allocate copyright damages among the plaintiffs in this action.

3. Plaintiffs have stated that they may seek legal fees.

The Court directs counsel to meet and confer and, by December 11, 2014, to submit a joint letter addressing these and any other outstanding issues in the case. To the extent the parties do not agree as to a particular issue, the Court expects counsel to propose a prompt schedule for briefing or otherwise resoling that issue. Upon receiving counsels' letter, the Court will issue an order setting, to the extent needed, a schedule as to an open issues.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: December 4, 2014
New York, New York