UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BEASTIE BOYS, A NEW YORK PARTNERSHIP,
MICHAEL DIAMOND, ADAM HOROVITZ AND
DECHEN YAUCH AS EXECUTOR OF THE                  12 Civ. 6065 (PAE)
ESTATE OF ADAM YAUCH, DECEASED, EACH
INDIVIDUALLY AND COLLECTIVELY D/B/A/              **NOTICE OF MOTION**
BROOKLYN DUST MUSIC,

                  Plaintiffs,
      -v-

MONSTER ENERGY COMPANY,

                  Defendant.
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed declaration of Kenneth B. Anderson, dated January 16, 2015, and the exhibits annexed thereto, the accompanying memorandum of law, and upon all the other papers and pleadings heretofore filed, plaintiffs Beastie Boys, a New York Partnership, Michael Diamond, Adam Horovitz, and Dechen Yauch, as Executor of the estate of Adam Yauch, deceased, each individually and collectively d/b/a/ Brooklyn Dust Music, hereby move this Court before the Honorable Paul A. Engelmayer in the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 1305, New York, New York 10007, for an award of attorney's fees and costs pursuant to Rule 54 of the Federal Rules of Civil Procedure, Section 505 of the Copyright Act, Section 1117 of the Lanham Act, and any other applicable statutes and rules, together with such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of this Court dated December 15, 2014, opposition papers, if any, must be filed on or before February 17, 2015. Plaintiffs' reply is due by March 3, 2015.

Dated: New York, New York
January 16, 2015

> Respectfully submitted,
>
> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>
> By: \_\_\_\_/s/ Paul W. Garrity_____
> Paul W. Garrity, Esq. (PG-3492)
> Kevin R. Puvalowski, Esq. (KP-0091)
> Kenneth B. Anderson, Esq. (KA-9923)
> Thomas M. Monahan, Esq. (TM-1984)
>
> 30 Rockefeller Plaza
> New York, New York 10112
> Tel:  (212) 653-8700
> Fax:  (212) 653-8701
>
> *Attorneys for Plaintiffs*

TO: S. Ried Kahn, Esq.
Dana M. Susman, Esq.
Adam M. Cohen, Esq.
Tanya C. Pohl, Esq.

KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
Tel:(212) 541-6222
Fax:(212) 245-3009

*Attorneys for Defendant*