UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------- x

BEASTIE BOYS, et al.,

                  Plaintiffs,

   - against -

MONSTER ENERGY COMPANY,

                  Defendant.

12 Civ. 6065 (PAE)

**STIPULATION**

------------------------------------------- x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for defendant Monster Energy Company and plaintiffs Beastie Boys et al. that the

following exhibits were introduced at trial in the above-captioned matter:

## Plaintiffs' Exhibits In Evidence

| Exh. No. | Exhibit Description | Date |
|---|---|---|
| 100 | Certificate of Copyright Registration, Registration No. SRu 154-345 | January 27, 1989 |
| 101 | Sound recording of the music album "Paul's Boutique" which contains the sound recording of the song "Looking Down the Barrel of a Gun" | July 25, 1989 |
| 102 | Sound recording of the music album "Check Your Head" which contains the sound recordings of the songs "Pass the Mic" and "So What'Cha Want" | April 21, 1992 |
| 103 | Certificate of Copyright Registration, Registration No. PA 618-789 | May 20, 1993 |
| 104 | Certificate of Copyright Registration, Registration No. PA 640-261 | May 20, 1993 |
| 105 | Certificate of Copyright Registration, Registration No. PA 640-257 | May 20, 1993 |

| Exh. No. | Exhibit Description | Date |
|---|---|---|
| 106 | Sound recording of the music album "Ill Communication" which contains the sound recording of the song "Sabotage" | May 24, 1994 |
| 107 | Certificate of Copyright Registration, Registration No. PA 721-110 | August 12, 1994 |
| 108 | Certificate of Copyright Registration, Registration No. SR 197-458 | April 10, 1995 |
| 109 | Certificate of Copyright Registration, Registration No. SR 213-461 | September 11, 1995 |
| 110 | December 2, 1999, Recording Agreement between Capitol Records and Beastie Boys | December 2, 1999 |
| 113 | License for "Sabotage" in connection with the motion picture "Hancock" | April 3, 2008 |
| 115 | License for "Sabotage" in connection with the motion picture "Star Trek XI" | May 8, 2009 |
| 119 | Sound recording of music album "Hot Sauce Committee Part Two" which contains the sound recordings of the song "Make Some Noise" | April 27, 2011 |
| 121 | Certificate of Copyright Registration, Registration No. SR 676-386 | May 4, 2011 |
| 124 | License for "Make Some Noise" in connection with the motion picture "21 Jump Street" | September 23, 2011 |
| 126 | Certificate of Copyright Registration, Registration No. PA 1-767-284 | November 17, 2011 |
| 127 | License for "Make Some Noise" in connection with the motion picture "Jack and Jill" | December 8, 2011 |
| 130 | Z-Trip Agreement for Ruckus in the Rockies 2012 Show | February 29, 2012 |
| 132 | Email chain between D. Pendygrasse, C. Larsen, N. Phillips, and J. Vaillancourt | May 8, 2012 |
| 133 | Email chain between N. Phillips, C. Larsen, D. Pendygrasse, and J. Vaillancourt | May 8, 2012 |
| 134 | Email chain between Z. Sciacca and N. Phillips | May 9, 2012 |
| 135 | Email from D. Pendygrasse to L. Nichols, R. Hartsfield, N. Phillips, and J. Vaillancourt | May 9, 2012 |

DWT 27834573v2 0094519-000015

| Exh. No. | Exhibit Description | Date |
|---|---|---|
| 136 | Email chain between R. Hartsfield and J. Vaillancourt | May 9, 2012 |
| 137 | Email chain between N. Phillips, C. Larsen, D. Pendygrasse, and J. Vaillancourt | May 9, 2012 |
| 140 | Email chain between N. Phillips, C. Larsen, D. Pendygrasse, J. Vaillancourt, B. Harper, and Z. Sciacca | May 9, 2012 |
| 142 | Email chain between J. Vaillancourt, N. Phillips, D. Pendygrasse, C. Larsen, B. Harper, and Z. Sciacca | May 9, 2012 |
| 144 | Email from J. Vaillancourt to N. Phillips, D. Pendygrasse, B. Harper, L. Everest, D. Phillips | May 9, 2012 |
| 145 | Email from D. Pendygrasse to Dano Monster Energy (REDACTED) | May 9, 2012 |
| 146 | Email from D. Pendygrasse to Dano Monster Energy (REDACTED) | May 9, 2012 |
| 147 | Email from D. Pendygrasse to D. Kwasney, N. Phillips, and L. Everest | May 9, 2012 |
| 149 | Email from Z. Sciacca to N. Phillips | May 10, 2012 |
| 150 | Facebook post by Monster Energy | May 13, 2012 |
| 158 | Email chain between J. Vaillancourt, N. Phillips, P. Dechary, L. Nichols, S. Pontrelli, S. Wallace, and G. Hall | June 13, 2012 |
| 164 | Email from N. Phillips to S. Jarrett | June 26, 2012 |
| 165 | Email chain between D. Pendygrasse and N. Phillips | June 26, 2012 |
| 170 | Email from N. Phillips to T. Andrew and L. Everest | July 9, 2012 |
| 175 | Email chain between R. Hartsfield and L. Nichols (REDACTED) | August 11, 2012 |
| 177 | Email chain between N. Calvesbert and L. Nichols | August 11, 2012 |
| 189 | Email chain between B. Hamilton, D. Dietrich and D. Ray | August 12, 2012 |

DWT 27834573v2 0094519-000015

| Exh. No. | Exhibit Description | Date |
|---|---|---|
| 191 | Email from N. Calvesbert to J. Beasley | August 12, 2012 |
| 195 | Email from B. Hamilton to K. Curtis | August 14, 2012 |
| 196 | Email from C. Nichols to C. Nichols (REDACTED) | August 15, 2012 |
| 198 | Email chain between B. Hamilton and C. Schofield | August 20, 2012 |
| 200 | Youtube screen shot of Ruckus in the Rockies Video | August 22, 2012 |
| 201 | Beastie Boys Trademark Registration, Registration No. 4,197,406 | August 28, 2012 |
| 202 | Copyright Assignment and accompanying Certificate of Recordation and Document Cover Sheets | September 1, 2012 |
| 206 | Email chain between P. Smith, R. Kelley, J. Silva, S. Kohn, B. Semanovich, D. James, and E. Woodall (REDACTED) | April 30, 2013 |
| 210 | Monster Social Media Guide | |
| 211 | Ruckus in the Rockies 2012 Video | |
| 219 | Chart of License Fees | |
| 220 | Chart of License Fees | |
| 221 | Monster 2011 Game Plan | |
| 235 | Screen shot from http://www.monsterenergy.com/us /en/sports/snowboarding/ | |
| 236 | Screen shot from http://www.monsterenergy.com/us/ #!/pages%3Aterms | |
| 238 | Screen shot from http://www.monsterenergy.com/us/ #!/pages%3Aabout | |
| 245 | Screen shot from http://www.monsterarmy.com/programs/ | |

DWT 27834573v2 0094519-000015

| Exh. No. | Exhibit Description | Date |
|---|---|---|
| 249 | Screen shot from https://www.youtube.com/user/monsterenergy | |
| 252 | License for "No Sleep Till Brooklyn" in connection with the motion picture "Cop Out" | March 1, 2010 |
| 253 | License for "Sabotage" in connection with the motion picture "Horrible Bosses" | August 4, 2011 |
| 254 | License for "Sabotage" in connection with the motion picture "This Means War" | February 9, 2012 |
| 263 | May 19, 1986, Brooklyn Dust Music Business Certificate for Partners | May 19, 1986 |
| 264 | May 19, 1986, Beastie Boys Business Certificate for Partners | May 19, 1986 |
| 265 | Schedule showing Beastie Boys' licensing history since August 2013 (REDACTED) | |
| 268[1] | Ruckus in the Rockies 2012 Video: Timing of Musical Components | |
| 269 | Song Lyrics in Ruckus in the Rockies 2012 Video | |
| 270 | Facebook post by Monster Energy | March 20, 2014 |
| 276 | Snowboard Canada article entitled "Ruckus in the Rockies recap edit" (REDACTED) | May 10, 2012 |
| 281 | Exhibit 3: Documents Considered annexed to Expert Report of Dr. Erich Joachimsthaler | August 13, 2013 |

---

[1] Plaintiffs' Exhibits 268, 269, and 281, and Defendant's Exhibit 128 were offered into evidence at trial, but not included on the list of exhibits submitted to the jury.  The parties reserve their rights as to whether and how these exhibits should be considered in connection with Defendant's appeal.

DWT 27834573v2 0094519-000015

**Defendant's Exhibits In Evidence**

| Exh. No. | Description | Date |
|---|---|---|
| 6 | Email chain between Zach Sciacca and Nelson Phillips | May 10, 2012 - |
| 7 | Email from Zach Sciacca to Lorrie Boula [redacted] | June 5, 2012 |
| 10 | Email chain between LeRoy Nichols, Nelson Phillips and Jay Vaillancourt | June 13, 2012 |
| 57 | Nixon -  Powder and Rails Master Use License Agreement | February 13, 2012 |
| 58 | Nixon – License Agreement | February 17, 2012 |
| 60 | ESPN Winter X Games 15 – Television Master Use License Agreement | June 1, 2011 |
| 62 | ESPN Winter X Games 15 – Short Form License Agreement | January 1, 2011 |
| 63 | Nike SB Chronicles – Master Use License Agreement | December 21, 2011 |
| 64 | The Action Sports and Music Awards –ESPN Master Use License Agreement | February 2, 2001 |
| 74 | Correspondence in connection with Hancock (Trailers) | March 18, 2008 |
| 78 | Quote and use confirmation in connection with Hangover Part II (Trailer) | April 8, 2011 |
| 83 | Nixon Beastie Boys Time Teller | |
| 85 | ESPN Winter X Games 15 Video | |
| 86 | Nixon – Video | |
| 87 | Nike SB Chronicles – Video | |
| 88 | Screen shot of Z-Trip's website | |
| 107 | Nixon Beastie Boys Time Teller | |
| 108 | Picture of Michael Diamond | |
| 109 | Michael Diamond watch | |
| 114A-O | Janet Jackson – BlackGlama | |
| 124 | Email chain between Kell Curtis and Brent Hamilton | August 14, 2012 |

DWT 27834573v2 0094519-000015

| Exh. No. | Description | Date |
|---|---|---|
| 128 | Chart reflecting expert opinion on damages | |
| 132 | Email from Jennifer Hall to Adam Yauch, Adam Horovitz and Michael Diamond | May 1, 2011 |

Copies of those exhibits are annexed as Attachments 1-92.

Dated: September 15, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    s/ Paul W. Garrity
     Kevin R. Puvalowski
     Paul W. Garrity
     Sheppard, Mullin, Richter &
     Hampton LLP
     30 Rockefeller Plaza
     New York, NY 10112
     (212) 653-8700
     pgarrity@sheppardmullin.com

*Attorneys for Plaintiffs Beastie Boys, et al.*

DAVIS WRIGHT TREMAINE LLP

By:    s/Marcia B. Paul
     Marcia B. Paul
     Davis Wright Tremaine LLP
     1251 Avenue of the Americas, 21st Floor
     New York, NY 10020
     (212) 603-6427
     marciapaul@dwt.com

*Attorneys for Defendant Monster Energy Company*

DWT 27834573v2 0094519-000015