

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

**SRu 154 345**

In testimony whereof, the seal of this office is affixed hereto on

**January 24, 2014**

*Maria A. Pallante*
Register of Copyrights and
Associate Librarian for Copyright Services

Plaintiffs' Exhibit No. 100

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8.
DO NOT WRITE HERE
Page 1 of ___ pages

CONFIDENTIAL                                                              BBM0001365

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR  154 345
SR / SRU

EFFECTIVE DATE OF REGISTRATION

1 / 27 / 89
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**

"Paul's Boutique" recorded by Beastie Boys   (C2-91743)

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NATURE OF MATERIAL RECORDED ▼ See instructions
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other _____

**NAME OF AUTHOR ▼**   DATES OF BIRTH AND DEATH
   Year Born ▼   Year Died ▼

a   Capitol Records, Inc.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ a Delaware corp.
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
Sound Recording , artwork on cover and interior booklet

**NAME OF AUTHOR ▼**   DATES OF BIRTH AND DEATH
b   Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**   DATES OF BIRTH AND DEATH
c   Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1989 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ N/A   Day ▶ _____   Year ▶ _____   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Capitol Records, Inc.
1750 N. Vine Street
Hollywood, CA 90028

APPLICATION RECEIVED
JUN 27 1989
ONE DEPOSIT RECEIVED
JUN 27 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.
DO NOT WRITE HERE
Page 1 of _ pages

CONFIDENTIAL   BBM0001366

```
                                                                CHECKED BY
                                                                                              FORM SR

         SR    154 345                              ☐ CORRESPONDENCE                          FOR
                                                      Yes                                     COPYRIGHT
                                                                                              OFFICE
                                                    ☐ DEPOSIT ACCOUNT                         USE
                                                      FUNDS USED                              ONLY
```

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼        Capitol Records, Inc.        **Account Number** ▼   DA024902

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Capitol Records, Inc.
Attn: Legal Department
1750 N. Vine Street
Hollywood, CA 90028

Area Code & Telephone Number ▶  (213) 871-5500

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Capitol Records, Inc.**
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Heather Meeker                                         date ▶  6/23/89

Handwritten signature (X) ▼

**8**

| MAIL CERTIFI-CATE TO | Name ▼ Capitol Records, Inc. Attn: Legal Department |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼  1750 N. Vine Street City/State/ZIP ▼ Hollywood, CA 90028 |

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

CONFIDENTIAL

BBM0001367