DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

BEASTIE BOYS, et al.,

                                        Plaintiffs,         12 Civ. 6065 (PAE)

            - against -                              **SATISFACTION OF JUDGMENT**

MONSTER ENERGY COMPANY,

                                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, a judgment was entered in the above action on the 24th day of June,

2015 in favor of Plaintiffs, BEASTIE BOYS, et al and against the Defendant MONSTER

ENERGY COMPANY in the amount of $1,959,249.14; and

       WHEREAS, an amount agreed upon by the parties in satisfaction of the judgment

has been paid, and it is certified that there are no outstanding executions with any Sheriff or

Marshall.

///

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York

December 18, 2015

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____

Kevin R. Puvalowski, Esq. (KP-0091)
Paul W. Garrity, Esq. (PG-3492)
Kenneth B. Anderson, Esq. (KA-9923)
Thomas M. Monahan, Esq. (TM-1984)
Attorneys for Plaintiffs
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701

STATE OF NEW YORK            )
                            )      ss.:
COUNTY OF NEW YORK          )

On the 18th day of December, 2015 before me personally came Kevin R.

Puvalowski to me known and known to be a member of the firm of Sheppard, Mullin, Richter &

Hampton LLP, attorneys for Plaintiffs in the above-entitled action, and to be the same person

described in and who executed the within satisfaction of judgment and acknowledged to me that

he executed the same.

_____
Notary Public

**THOMAS MCKEE MONAHAN**
**Notary Public,** State of New York
No. 02MO6330797
Qualified in New York County
**Commission** Expires September 21, **2019**

SDNY Web 4/99
DWT 28271918v2 0094519-000015